STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: joyce_leavitt@fd.org

Counsel for Defendant
DANTE McCLINTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 17-00357 KAW |
|---|---|
| PLAINTIFF, v. DANTE McCLINTON, DEFENDANT. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |

**STIPULATION**

The parties hereby stipulate that the sentencing date in this case, currently set for February 16, 2018, at 9:30 a.m. before Honorable Magistrate Judge Kandis A. Westmore, be continued to March 5, 2018 at 9:30 a.m. for sentencing. The reason for the request is so that Mr. McClinton can be interviewed by the probation officer prior to the circulation of the 35 day draft Presentence Report ("PSR") which is otherwise due on January 12, 2018. Defense counsel was out of the office for three weeks and had not scheduled the interview beforehand. A continuance to March 5, 2018, should provide sufficient time for Mr. McClinton to be interviewed and for that information to be included in the draft PSR. Defense counsel has spoken to United States Probation Officer

Emily Libby who is preparing the PSR. USPO Libby has no objection to the continuance and is available should sentencing be continued March 5, 2018, at 9:30 a.m.

DATED: January 11, 2018 /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 11, 2018 /S/
THOMAS R. GREEN
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently set for February 16, 2018, at 9:30 a.m. before Honorable Magistrate Judge Kandis A. Westmore, is hereby continued to March 5, 2018 at 9:30 a.m. for sentencing.

IT IS SO ORDERED.

DATED: 1/10/18
KANDIS A. WESTMORE
United States Magistrate Judge