1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:  (510) 637-3500
   Fax: (510) 637-3507
5  Email: joyce_leavitt@fd.org

6  Counsel for Defendant McCLINTON

7
                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
9

10  UNITED STATES OF AMERICA,            CR 17-00357 KAW

11              PLAINTIFF,               STIPULATION AND [PROPOSED] ORDER
            v.                           CONTINUING SENTENCING
12
    DANTE McCLINTON
13
              DEFENDANT.
14
                             **STIPULATION**
15
         The parties hereby stipulate that the sentencing date in this case, currently set for March 5,
16
    2018, at 9:30 a.m. before Honorable Magistrate Judge Kandis A. Westmore, may be continued to
17
    Tuesday, March 13, 2018, at 10:30 a.m. for sentencing.  The reason for the request is so that Mr.
18
    McClinton will have additional time to review the final presentence report with undersigned
19
    defense counsel and counsel can also file a sentencing memorandum in advance of sentencing.
20
    Defense counsel has spoken to United States Probation Officer Emily Libby who has no objection
21
    to the continuance.  USPO Libby is available should sentencing be continued to March 13, 2018,
22
    at 10:30 a.m.
23

24
    *US v. McClinton*, CR 17-00357 KAW
      Stip. to Continue Sentencing
25                                        1

1   DATED: March 2, 2018                          /S/
                                            JOYCE LEAVITT
2                                           Assistant Federal Public Defender

3
    DATED: March 2, 2018                          /S/
4                                           THOMAS R. GREEN
                                            Assistant United States Attorney
5

6
    I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all
7   signatures within this e-filed document.

8
                                        **ORDER**
9
          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this
10
    case, currently set for March 5, 2018, at 9:30 a.m. before Honorable Magistrate Judge Kandis A.
11
    Westmore, is hereby continued to March 13, 2018 at 10:30 a.m. for sentencing.
12
          IT IS SO ORDERED.
13

14
    DATED: __3/2/18_____            _Kandis Westmore_____
15                                          KANDIS A. WESTMORE
                                            United States Magistrate Judge
16

17

18

19

20

21

22

23

24
    *US v. McClinton*, CR 17-00357 KAW
25  Stip. to Continue Sentencing
                                        2