FILED

Sep 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 17– 00357 KAW (DMR) |
|---|---|
| Plaintiff, | **ORDER (AS MODIFIED) RE: RELEASING DEFENDANT DANTE MCCLINTON FROM CUSTODY IMMEDIATELY** |
| v. | |
| DANTE MCCLINTON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant DANTE MCCLINTON, whose is being housed at Alameda County - Santa Rita Jail and whose date of birth is 2/11/1970, be immediately released from the custody of the United States Marshal.

IT IS FURTHER ORDERED that upon his release from custody, Mr. McClinton shall go directly to his home in Walnut Creek where he shall remain on lock-down until he can be connected to the electronic monitoring system (EMC). Defendant's spouse Leslie Lyons shall serve as custodian.

IT IS SO ORDERED AS MODIFIED.

Dated: September 9, 2022



DONNA M. RYU
United States Magistrate Judge

RELEASE ORDER (AS MODIFIED)
*MCCLINTON*, CR 17–000357 KAW (DMR)