**FILED**

JAN 04 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>Dante McClinton<br><br>　　　　　　　　　Defendant. | ) 4:17-cr-00357-KAW-1<br>)<br>) **ORDER TO QUASH**<br>) **ARREST WARRANT**<br>)<br>)<br>)<br>) |

As stated in Court, IT IS HEREBY ORDERED that the arrest warrant issued against Dante McClinton in this matter be QUASHED.

Date: January 4, 2023

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE