FILED

MAR 02 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Dante McClinton,<br>Defendant. | Case No. 17-cr-00357-KAW-1<br><br>**ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Dante McClinton, is to self-surrender for flash incarceration and be remanded at Santa Rita Jail at 6:00pm on March 3, 2023 to be released at 11:00am on March 5, 2023.

**IT IS SO ORDERED.**

Dated: March 2, 2023

KANDIS A. WESTMORE
United States Magistrate Judge