ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
thomas.green@doj.gov

Attorneys for United States of America

**FILED**

APR 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-cr-0357 KAW |
| Plaintiff, | [PROPOSED] ORDER OF REMAND AND ADDITIONAL CONDITIONS OF PROBATION |
| v. | |
| DANTE MCCLINTON, | |
| Defendant. | |

IT IS SO ORDERED that the defendant Dante McClinton ~~is~~ [shall be released forthwith from USMS custody. McClinton is ordered] to self-surrender to repeated flash incarcerations and be remanded at Santa Rita Jail at 6:00pm on April 14, April 21, and April 28, 2023, with defendant to be released at 11am on April 16, April 23 and April 30, 2023. Defendant is ordered to continue to comply with all previously imposed conditions of probation and the following additional special conditions:

1. Defendant shall appear at the Oakland Probation Office at 4:30pm. on April 14, April 21 and April 28, 2023 to enable the Oakland Probation Office to remove his location monitor shortly prior to defendant self-surrendering as ordered above.

2. Defendant shall appear at the Oakland Probation Office at 8:30am on April 17, April 24 and May 1, 2023 to enable the Oakland Probation Office to re-install his location monitor.

[PROPOSED] ORDER OF REMAND
17-cr-0357 KAW

1

3. Except during the ordered periods of flash incarceration described above, defendant must abide by a curfew that requires him to be at his residence every evening from 8:00pm until 5:00am the following morning. ~~This is~~ The curfew is in force every day, including days he is not ~~on~~ on an /electronic monitor (i.e., Sunday evenings).

IT IS SO ORDERED.

DATED: April 13, 2023

DONNA M. RYU
Chief Magistrate Judge

[~~PROPOSED~~] ORDER OF REMAND    2
17-cr-0357 KAW