AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |
| Dante McClinton | ) USDC Case Number:  CR-17-00357-001 KAW |
| | ) BOP Case Number:  DCAN417CR00357-001 |
| | ) USM Number:  24359-111 |
| | ) Defendant's Attorney:  Joyce Leavitt (AFPD) |

**THE DEFENDANT:**

☑  admitted guilt to Charges: <u>One through Four and Seven to Nineteen</u> of the petition dated March 17, 2023.

☐  was found in violation of condition(s):  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Law Violation – DUI | January 28, 2022 |
| Two | Failure to Notify Probation Officer of Law Enforcement Contact | January 28, 2022 |
| Three | Use of Alcohol | January 28, 2022 |
| Four, Sixteen | Failure to Pay Restitution | February 16, 2022 |
| Seven, Ten, Eleven, Thirteen, Fourteen, Fifteen, Eighteen | Failure to Comply with Location Monitoring Program | March 13, 2023 |
| Eight and Twelve | Failure to Comply with alcohol testing | December 23, 2022 |
| Nine | Failure to Participate in Alcoholics Anonymous | October 26, 2022 |
| Seventeen | Failure to Provide Financial Information | February 12, 2023 |
| Nineteen | Leaving the Judicial District without Permission | March 13, 2023 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  Charges <u>Five and Six</u> is dismissed on motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| | 5/26/2023 |
| Last Four Digits of Defendant's Soc. Sec. No.:  <u>5704</u> | Date of Imposition of Judgment |
| | |
| Defendant's Year of Birth:  <u>1970</u> | *Kandis Westmore* |
| | Signature of Judge |
| City and State of Defendant's Residence: | The Honorable Kandis A. Westmore |
| <u>Walnut Creek, California</u> | United States Magistrate Judge |
| | Name & Title of Judge |
| | |
| | 6/20/2023 |
| | Date Signed |

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Dante McClinton                                                    Judgment - Page 2 of 2
CASE NUMBER:  CR-17-00357-001 KAW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Time Served

☐   The Court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
     Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in
     the Clerk's Office.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at                    ☐ am  ☐ pm   on  (no later than 2:00 pm).

     ☐   as notified by the United States Marshal.

     The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
     returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   at                    ☐ am  ☐ pm   on  (no later than 2:00 pm).

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

     The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
     returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

                                                    _____
                                                              UNITED STATES MARSHAL

                                    By  _____
                                                       DEPUTY UNITED STATES MARSHAL